## JOHN S. ROBY *versus* ALEXIS LUC RÉAUME

JOURNAL ENTRIES (1816–19): *Journal 2:* (1) Special bail *p. 501; (2) rule to declare *p. 510; (3) continued *p. 537; (4) rule to plead *p. 586; (5) plea filed *p. 596; (6) continued *p. 605; (7) continuance denied *p. 688; (8) jury de medietate linguae ordered summoned *p. 689; (9) jury trial, verdict *p. 689; (10) clerk ordered to take possession of papers, etc. *p. 690; (11) motion for new trial made *p. 692; (12) motion for new trial argued *p. 723; (13) affidavit filed, further argument had *p. 725; (14) motion in arrest made, reasons filed *p. 745. *Journal 3:* (15) Argument heard *p. 10; (16) papers possessed by clerk redelivered *p. 37; (17) motion in arrest overruled, judgment *p. 41.

PAPERS IN FILE: (1) Affidavit of John S. Roby; (2) capias and return; (3) deposition of Samuel Abbott; (4) precipe for subpoena; (5) subpoena; (6) precipe for subpoena; (7) subpoena; (8) declaration; (9) bill of partic-

ulars under special count; (10–11) affidavits for continuance; (12) subpoena; (13) motion to quash writ; (14) bail piece; (15) bill of particulars under common counts; (16) precipe for subpoena; (17) subpoena; (18) precipe for subpoena; (19) subpoena; (20) subpoena duces tecum; (21) subpoena; (22–23) panels of jurors; (24) verdict; (25) affidavit in support of motion for new trial; (26) motion in arrest of judgment; (27) ca. sa. and return.